```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12426
    RALPH R BROWN SR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-3523


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/12/2007 and was confirmed 09/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 02/12/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG       .00           .00           .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE       .00           .00           .00
AMC MORTGAGE SERVICES    NOTICE ONLY    NOT FILED          .00           .00
IRA T NEVEL              NOTICE ONLY    NOT FILED          .00           .00
COOK COUNTY TREASURER    SECURED NOT I      .00           .00           .00
COOK COUNTY TREASURER    NOTICE ONLY    NOT FILED          .00           .00
MONTEREY FINANCIAL SERVI SECURED         1100.00         67.42         446.03
MONTEREY FINANCIAL SERVI UNSECURED        897.22           .00           .00
INTERNAL REVENUE SERVICE PRIORITY        3875.28           .00        3732.77
INTERNAL REVENUE SERVICE UNSECURED        289.82           .00           .00
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED          .00           .00
US ATTORNEYS OFFICE      NOTICE ONLY    NOT FILED          .00           .00
AT&T WIRELESS            UNSECURED        465.17           .00           .00
B-REAL LLC               NOTICE ONLY    NOT FILED          .00           .00
CAPITAL ONE              UNSECURED       1166.64           .00           .00
CHASE                    NOTICE ONLY    NOT FILED          .00           .00
CHASE                    UNSECURED      NOT FILED          .00           .00
CHASE                    NOTICE ONLY    NOT FILED          .00           .00
CRED PROTECTION ASSOCIAT NOTICE ONLY    NOT FILED          .00           .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED          .00           .00
RICHARD KOMYATTE & ASSOC UNSECURED        811.07           .00           .00
PREMIER BANKCARD         UNSECURED        435.90           .00           .00
GEMB/ MONTGOMERY WARD    NOTICE ONLY    NOT FILED          .00           .00
GEMB/WALMART             UNSECURED      NOT FILED          .00           .00
HELIG MEYER              UNSECURED      NOT FILED          .00           .00
BERGNERS                 UNSECURED      NOT FILED          .00           .00
ILLINOIS INDIANA EMERGEN UNSECURED      NOT FILED          .00           .00
NCO-MEDCLR               UNSECURED      NOT FILED          .00           .00
VAN RU CREDIT CORPORATIO UNSECURED      NOT FILED          .00           .00
VANRU CREDIT             UNSECURED      NOT FILED          .00           .00
VANRU CREDIT             UNSECURED      NOT FILED          .00           .00
JAMES B NUTTER & CO      NOTICE ONLY    NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12426 RALPH R BROWN SR
```

```
LOU HARRIS COMPANY       NOTICE ONLY    NOT FILED          .00          .00
MARSHALL FIELDS          UNSECURED      NOT FILED          .00          .00
MB FINANCIAL BANK        NOTICE ONLY    NOT FILED          .00          .00
ILLINOIS COLLECTION SERV UNSECURED      NOT FILED          .00          .00
NICOR GAS                UNSECURED      NOT FILED          .00          .00
NICOR GAS                UNSECURED       1975.58           .00          .00
NICOR GAS                NOTICE ONLY    NOT FILED          .00          .00
CDA PONTIAC              UNSECURED      NOT FILED          .00          .00
SOUTH HOLLAND TRUST      NOTICE ONLY    NOT FILED          .00          .00
CAVALRY PORTFOLIO SERVIC UNSECURED        815.56           .00          .00
SULLIVAN URGENT AID CENT UNSECURED      NOT FILED          .00          .00
CAPITAL ONE              UNSECURED        748.89           .00          .00
CAPITAL ONE              UNSECURED        712.62           .00          .00
SPRINT PCS               UNSECURED        782.56           .00          .00
ZALUTSKY & PINSKI LTD    REIMBURSEMENT    354.00           .00       354.00
ILLINOIS DEPT OF REVENUE UNSECURED        482.96           .00          .00
ILLINOIS DEPT OF REVENUE UNSECURED        325.27           .00          .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY    3,500.00                    3,500.00
TOM VAUGHN               TRUSTEE                                      642.66
DEBTOR REFUND            REFUND                                          .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  8,742.88

PRIORITY                                       4,086.77
SECURED                                          446.03
    INTEREST                                      67.42
UNSECURED                                           .00
ADMINISTRATIVE                                 3,500.00
TRUSTEE COMPENSATION                             642.66
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                   8,742.88              8,742.88
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/11/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                         PAGE   2
        CASE NO. 07 B 12426 RALPH R BROWN SR